IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAPAT NABAYA, <br> BOP Register No. 90804-083, <br><br> *Plaintiff,* <br><br> v. <br><br> K. ZOOK, Warden, <br><br> *Defendant.* | § § § § § § § § § § § | No. 3:21-cv-438-X |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No timely objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS SO ORDERED this 12th day of August 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE